Argued May 7—decided May 8, 1963

LERNER SHOPS OF CONNECTICUT, INC., ET AL. *v.* TOWN OF WATERBURY

The court postpones action on the motion for correction of judgment in this case until the appeals from the judgment in the Court of Common Pleas in the Judicial District of Waterbury are heard.

*Fred B. Rosnick,* for appellees-appellants (plaintiffs).

*Harry F. Spellman,* assistant corporation counsel, with whom was *John D. Mahaney,* corporation counsel, for appellant-appellee (defendant).

Argued May 7—decided May 8, 1963